# Order

Michigan Supreme Court
Lansing, Michigan

March 2, 2021

161464

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

KARRIE M. DENEAU, Next Friend of
BRIAN E. DENEAU, a Minor,
        Plaintiff-Appellee,

v

                                    SC: 161464
                                    COA: 351562
                                    Lenawee CC: 18-006066-NI

LISA RENEE HAAG and MARK E. HAAG,
        Defendants-Appellants,

and

KEITH D. HARPER and DEAN
TRANSPORTATION, INC.,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 11, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 2, 2021

a0222



                                Clerk